# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Demetrick Antwana Yates**  **Docket No. 7:18-CR-29-1D**

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Demetrick Antwana Yates, who, upon an earlier plea of guilty to Conspiracy to Distribute a Quantity of Heroin, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C), and Possession of a Firearm by Felon, in violation of 18 U.S.C. §§ 922(g)(l) and 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on October 23, 2018, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Demetrick Antwana Yates was released from custody on December 20, 2019, at which time the term of supervised release commenced.

On March 24, 2020, a Petition for Action on Supervised Release was filed advising the court that the defendant tested positive for cocaine. The court agreed with the probation officer's recommendation to continue supervision and allow the defendant to complete 24 hours of community service.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 5, 2020, the defendant provided a urinalysis that tested positive for cocaine and marijuana. The defendant verbally admitted to the drug use and signed an admission of use form before it was sent to the lab. The lab confirmed the use of cocaine. The defendant was admonished for his second positive urinalysis while on supervision and his drug use. As such, the defendant will be subjected to increased substance abuse treatment and urinalysis testing along with cognitive intervention strategies. It is recommended that the court continue supervision and impose a 90 day curfew without equipment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew with no equipment as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to his residence during the curfew hours.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing
is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 910-679-2034
Executed On: August 13, 2020

## ORDER OF THE COURT

Considered and ordered this ___18___ day of ___August___, 2020, and ordered filed and made
a part of the records in the above case.

James C. Dever III
U.S. District Judge